**No. 10-5511. Gary Francis Lowry, et ux., Petitioners v. Yavapai County Board of Supervisors, et al.**

562 U.S. 926, 131 S. Ct. 311, 178 L. Ed. 2d 203, 2010 U.S. LEXIS 7393.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 871.

**No. 10-5513. Phyllis Drummond, Petitioner v. Patrick Ryan, Warden, et al.**

562 U.S. 926, 131 S. Ct. 311, 178 L. Ed. 2d 203, 2010 U.S. LEXIS 7466, ▉▉▉

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-5514. Nicie Dillehay, aka Nicie Anne Smith, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 926, 131 S. Ct. 312, 178 L. Ed. 2d 203, 2010 U.S. LEXIS 7525, ▉▉▉

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 357 Fed. Appx. 736.

**No. 10-5515. Charles T. Davis, Petitioner v. C. Huckabay, et al.**

562 U.S. 926, 131 S. Ct. 312, 178 L. Ed. 2d 203, 2010 U.S. LEXIS 7584.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

**No. 10-5516. Randall R. Parker, Petitioner v. United States.**

562 U.S. 926, 131 S. Ct. 312, 178 L. Ed. 2d 203, 2010 U.S. LEXIS 7201.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 341 Fed. Appx. 122.

**No. 10-5517. Hector Luis Monterrozo, Petitioner v. United States.**

562 U.S. 926, 131 S. Ct. 312, 178 L. Ed. 2d 203, 2010 U.S. LEXIS 7475.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 604.

**No. 10-5518. Samuel Johnson Kangere, Petitioner v. Sheilah Davenport.**

562 U.S. 926, 131 S. Ct. 312, 178 L. Ed. 2d 203, 2010 U.S. LEXIS 7169, ▉▉▉

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 371.